FILED

2025 JAN 24 PM 4:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTIS-RAY: CASH, JR.,

Plaintiff,

vs.

CONVERGENT OUTSOURCING, INC.,

Defendant.

CASE NO.: CV 25-663-AB (PDx)

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Artis-Ray: Cash Jr., ("Plaintiff"), by and through pro se, files this Complaint against Defendant Convergent Outsourcing, Inc. ("Defendant"), and alleges as follows:

## INTRODUCTION

1. This action arises out of Defendant's failure to adequately secure and safeguard Plaintiff's personally identifiable information ("PII"), including but not limited to Plaintiff's name, Social Security number, financial account information, and other sensitive data.

2. On or about October 26, 2022, Plaintiff received a Notice of Data Breach from Defendant, stating that an unauthorized actor had accessed and exfiltrated sensitive information from Defendant's computer systems during a ransomware attack.

3. Defendant's failure to implement reasonable cybersecurity measures exposed Plaintiff to a significant risk of identity theft, financial harm, and other damages.

4. Plaintiff brings this lawsuit to hold Defendant accountable for its negligence, to seek compensation for the damages suffered, and to ensure Defendant takes adequate steps to prevent such breaches in the future.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different states.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because Defendant conducts business within the Central District of California and Plaintiff resides in this district.

**PARTIES**

7. Plaintiff Artis-Ray: Cash Jr. is a resident of Los Angeles, California, and resides within the jurisdiction of this Court.

8. Defendant Convergent Outsourcing, Inc. is a for-profit corporation organized under the laws of the State of Washington, with its principal place of business located at 800 SW 39th Street, Suite 100, Renton, Washington, 98057. Defendant conducts business nationwide, including in California.

**FACTUAL ALLEGATIONS**

9. Defendant provides debt collection services to various industries, including telecommunications, utilities, financial services, and more. In the course of its business, Defendant collects and stores PII from individuals, including Plaintiff.

10. On June 17, 2022, Defendant discovered unauthorized access to its computer systems. During this incident, cybercriminals deployed ransomware and exfiltrated PII stored on Defendant's servers.

11. Defendant delayed notifying affected individuals, including Plaintiff, until October 26, 2022, more than four months after the breach occurred. This delay deprived Plaintiff of the opportunity to take timely steps to mitigate the harm caused by the breach.

12. Plaintiff's PII, including their Social Security number and financial account information, was accessed, stolen, and remains at risk of misuse.

13. As a direct and proximate result of Defendant's inadequate data security practices, Plaintiff has suffered:

   • Increased risk of identity theft and fraud;

   • Emotional distress and anxiety due to the exposure of sensitive information;

   • Time and effort spent monitoring financial accounts and credit reports;

   • Loss of privacy and diminished value of their PII.

2
**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**CLAIMS FOR RELIEF**

**COUNT ONE: NEGLIGENCE**

14. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs.

15. Defendant owed Plaintiff a duty to exercise reasonable care in safeguarding their PII from unauthorized access or disclosure.

16. Defendant breached this duty by failing to implement and maintain adequate security measures to protect Plaintiff's PII, as evidenced by the ransomware attack and data breach.

17. Defendant's negligence directly and proximately caused Plaintiff to suffer harm, including increased risk of identity theft, loss of time, emotional distress, and other damages.

**COUNT TWO: VIOLATION OF CALIFORNIA CONSUMER PRIVACY ACT (CCPA)**

18. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs.

19. Under the CCPA (Cal. Civ. Code § 1798.100 et seq.), Defendant had a duty to implement reasonable security measures to protect consumers' PII.

20. Defendant failed to comply with the CCPA by allowing unauthorized access to Plaintiff's PII, failing to implement appropriate safeguards, and failing to notify Plaintiff in a timely manner.

21. As a result of Defendant's violations, Plaintiff is entitled to statutory damages, injunctive relief, and attorneys' fees under Cal. Civ. Code § 1798.150.

**COUNT THREE: BREACH OF IMPLIED CONTRACT**

22. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs.

23. Plaintiff provided their PII to Defendant with the expectation that it would be adequately protected.

24. By collecting and storing Plaintiff's PII, Defendant implicitly agreed to safeguard the data using reasonable security measures.

25. Defendant breached this implied contract by failing to implement such measures, resulting in the unauthorized access and theft of Plaintiff's PII.

26. As a direct and proximate result of Defendant's breach, Plaintiff suffered damages, including increased risk of identity theft, emotional distress, and other harm.

3

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in their favor and against Defendant as follows:

1. Awarding compensatory, statutory, and punitive damages in an amount to be determined at trial;

2. Granting injunctive relief requiring Defendant to implement and maintain reasonable security measures to protect PII;

3. Awarding attorneys' fees, costs, and expenses as permitted by law;

4. Granting any other relief the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,


Dated: 01/24/2025

By: /s/ Artis Ray Cash Jr

**Artis-Ray: Cash Jr.,**

**Plaintiff In Pro Per**

4

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
2  knowledge, information, and belief that this complaint: (1) is not being presented for an improper
3  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
4  (2) is supported by existing law or by a non frivolous argument for extending, modifying, or
5  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
6  identified, will likely have evidentiary support after a reasonable opportunity for further
7  investigation or discovery; and (4) the complaint otherwise complies with the requirements of
8  Rule 11.
9  I agree to provide the Clerk's Office with any changes to my address where case-related papers
10 may be served. I understand that my failure to keep a current address on file with the Clerk's
11 Office may result in the dismissal of my case.

Date: 01/24/2025

/s/ Artis Ray Cash Jr

Artis-Ray: Cash Jr.

Plaintiff in Pro Per

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**